Copy

Frank M. Weyer, Esq. (State Bar No. 127011)
TECHCOASTLAW®
2032 Whitley Ave.
Los Angeles CA 90068
Telephone:  (310) 494-6616
Facsimile:   (310) 494-9089
fweyer@techcoastlaw.com

Attorney for Plaintiff
EVERYMD

FILED 12 FEB 27 AM 10:17 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EVERYMD, a partnership,

  Plaintiff,

v.

RICK SANTORUM, MITT ROMNEY, NEWT GINGRICH, and DOES 1 - 10

  Defendants.

Civil Action No.
CV12-01623 DDP(JEMx)

**COMPLAINT FOR PATENT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

COMES NOW, Plaintiff EVERYMD and on information and belief alleges as follows:

### JURISDICTION AND VENUE

1.  This is an action for patent infringement under 35 U.S.C. §§ 271 et. seq. and 28 U.S.C. §§ 1331 and 1338(a).

2. The acts of patent infringement alleged herein occurred within this judicial district, Plaintiff resides in this district, and Defendants are subject to personal jurisdiction in this district. Therefore, venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), and 1400(b).

## PARTIES

3. Plaintiff EVERYMD ("EVERYMD") is a partnership of Frank Weyer ("Weyer") and Troy Javaher ("Javaher"). EVERYMD has a place of business at 2032 Whitley Ave., Los Angeles, CA 90068.

4. Defendant RICK SANTORUM ("SANTORUM") is a Facebook business account holder whose Facebook page has a URL of https://www.facebook.com/RickSantorum. SANTORUM has a place of business at Post Office Box 37, Verona, PA 15147.

5. Defendant MITT ROMNEY ("ROMNEY") is a Facebook business account holder whose Facebook page has a URL of https://www.facebook.com/mittromney. ROMNEY has a place of business at 585 Commercial St., Boston, MA 02109.

6. Defendant NEWT GINGRICH ("GINGRICH") is a Facebook business account holder whose Facebook page has a URL of https://www.facebook.com/newtgingrich. GINGRICH has a place of business at 3110 Maple Drive, Suite 400, Atlanta GA 30305.

7. Defendants Does 1 – 1000 are each a presently unidentified one of an estimated 4,000,000 additional Facebook business account holders that are subject to the jurisdiction of this court.

## FIRST CAUSE OF ACTION
## PATENT INFRINGEMENT PURSUANT TO 35 U.S.C. 271(g)

8. EVERYMD incorporates by reference paragraphs 1 – 7 as though fully set forth herein.

9. EVERYMD has operated the website www.everymd.com since 2001.

10. EVERYMD's website at www.everymd.com provides home pages for over 300,000 member doctors and allows patients to obtain information about, send messages to, and submit comments about those doctors via the doctors' individual home pages.

11. Prior to November 1999, EVERYMD invented numerous novel technologies during development of its website.

12. EVERYMD filed U.S. Patent Application Serial No. 09/447,755 entitled "Method Apparatus and Business System for Online Communications with Online and Offline Recipients" on November 23, 1999.

13. EVERYMD is the owner of U.S. Patent No. 6,671,714 entitled "Method, Apparatus and Business System for Online Communications with Online and Offline Recipients" ("the '714 patent").

14. The '714 patent is based on the '755 application and issued on December 30, 2003.

15. EVERYMD is the owner of U.S. Patent No. 7,644,122 entitled "Method, Apparatus and Business System for Online Communications with Online and Offline Recipients" ("the '122 patent").

16. The '122 patent is based on the '755 application and issued on December January 5, 2010.

17. EVERYMD owns additional pending patent applications that are based on the '755 application.

18. The '122 patent is valid and in full force and effect.

19. EVERYMD has given notice of its patent rights by marking its website at www.everymd.com with the '122 patent number.

20. The '122 patent is directed to a novel method for creating individual home pages for members of a group of members that contain controls for sending messages to and for submitting comments about the members.

21. Third party Facebook, Inc. ("FACEBOOK") utilizes the method of the '122 patent to create individual home pages ("FACEBOOK PAGES") for its individual members.

22. In 2011, EVERYMD offered to sell the '122 patent to FACEBOOK.

23. FACEBOOK rejected EVERYMD's offer, and EVERYMD's offer has expired.

24. Defendants each use FACEBOOK PAGES produced by FACEBOOK using the method of the '122 patent for commercial purposes by placing advertisements and proportional messages on one or more of such FACEBOOK PAGES.

25. FACEBOOK's use of the method of the '122 patent to produce FACEBOOK PAGES is unauthorized.

26. FACEBOOK's failure to purchase the '122 patent or otherwise obtain rights under the '122 patent leaves holders of FACEBOOK business accounts liable for infringement of the '122 patent for unauthorized commercial use of FACEBOOK PAGES produced by FACEBOOK using the method of the '122 patent.

27. On January 23, 2011, EVERYMD announced a limited time reduced-price patent licensing program under which holders of FACEBOOK business accounts could avoid liability for infringement of the '122 patent by voluntarily purchasing licenses to the '122 patent for a reduced price of $500 per FACEBOOK business account. EVERYMD's reduced price voluntary licensing program has ended.

28. None of defendants have taken advantage of EVERYMD's voluntary licensing program, which is now no longer available to them.

29. Defendants each have actual notice of EVERYMD's patent rights but Defendants continue to act in conscious and willful disregard of those rights.

30. Defendants' infringements of EVERYMD's patent rights have irreparably damaged EVERYMD and will continue to cause irreparable harm unless enjoined by the Court.

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiffs ask this Court to:

 a. Enter judgment for EVERYMD against each Defendant on this Complaint;

 b. Enter a preliminary and permanent injunction to enjoin each Defendant, and all those in privity with each such Defendant, from further infringement of the '122 patent during the remaining term of the patent;

 c. Award compensatory damages to EVERYMD and to increase those damages three times in accordance with 35 U.S.C. § 284;

 d. Award EVERYMD reasonable attorneys' fees in accordance with 35 U.S.C. § 285;

 e. Award EVERYMD interest and costs; and

 f. Award EVERYMD such other and further relief as is just and proper.

DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury of all issues so triable.

Respectfully submitted,
**TECHCOASTLAW®**

Dated: February 27, 2012 By: _/s/ Frank M. Weyer_
Frank M. Weyer (State Bar No. 127011)
2032 Whitley Ave.
Los Angeles, CA 90068
(310) 494-6616
Fax (310) 494-9089
fweyer@techcoastlaw.com
Attorney for Plaintiff
EVERYMD.COM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

**CV12- 1623 DDP (JEMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| EVERYMD, a partnership <br> *Plaintiff* <br> v. <br> RICK SANTORUM, MITT ROMNEY, NEWT GINGRICH, and DOES 1-100 <br> *Defendant* | ) ) ) ) ) ) ) ) | CV12-01623 DDP (JENx) <br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   FRANK M. WEYER
TECHCOASTLAW
2032 WHITLEY AVE
LOS ANGELES, CA 90068
(310) 494-6616
fweyer@techcoastlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FEB 27 2012

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
EVERYMD

**DEFENDANTS**
RICK SANTORUM, MITT ROMNEY, NEWT GINGRICH, and DOES 1 - 1000

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
FRANK M. WEYER, TECHCOASTLAW
2032 WHITLEY AVE., LOS ANGELES, CA 90068
(310) 494-6616

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 USC 271(g)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | | ☐ 555 Prison Condition | |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☒ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | **IMMIGRATION** | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | |
| | ☐ 245 Tort Product Liability | | ☐ 463 Habeas Corpus- Alien Detainee | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | ☐ 871 IRS-Third Party 26 USC 7609 |

CV12-01623

**FOR OFFICE USE ONLY:** Case Number:

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                  CIVIL COVER SHEET                Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | PENNSYLVANIA<br>MASSACHUSETTS<br>GEORGIA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date 2/27/2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |